IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL PADILLA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIVERMORE POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. C 11-0929 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

On February 28, 2011, Plaintiff, at the time a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the Clerk mailed to Plaintiff the Court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file a completed IFP application within thirty days. More than thirty days have passed, and Plaintiff has neither paid the filing fee, filed an IFP application, nor explained his failure to do so. Accordingly, this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b).

　　　　The Clerk shall enter judgment and close the file.

　　　　IT IS SO ORDERED.

DATED: May 3, 2011

　　　　　　　　　　　　　　　　　　*Jeffrey S. White*
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

FIDEL PADILLA,

        Plaintiff,

  v.

GUERRERO et al,

        Defendant.

        Case Number: CV11-00929 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fidel Padilla V-72162
4435 First Street
#405
Livermore, CA 94551

Dated: May 3, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk